**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**Mohammed Abdul Rahman KHAN, Petitioner**

**No. 332 MAL 2017**

Supreme Court of Pennsylvania.

October 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**